UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RUSSELL MORRIS DALLEN, JR.**                    **CIVIL ACTION**

**VERSUS**                                        **NUMBER:   15-2348**

**MARITIME SYSTEMS, INC., ET AL**                 **SECTION: "B" (4)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's Motion for Default Judgment (Record Document Number 31) is **GRANTED.**

New Orleans, Louisiana, this 18th day of January, 2017.

SENIOR UNITED STATES DISTRICT JUDGE