UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUSSELL MORRIS DALLEN, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 15-2348** |
| **MARITIME SYSTEMS, INC., ET AL** | **SECTION: "B" (4)** |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the plaintiff, Russell Morris Dallen, Jr., and against the defendant, Maritime Systems, Inc. d/b/a GulfSouth Yacht Works.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the defendant, Maritime Systems, Inc. d/b/a GulfSouth Yacht Works, shall pay $442,130 to the plaintiff, Russell Morris, Dallen, Jr.

New Orleans, Louisiana, this 18th day of January, 2017.

SENIOR UNITED STATES DISTRICT JUDGE